IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| **GERARDO N. FLORES,** § | | |
| Plaintiff § | | |
| § | | |
| VS. § | Civil Action No.  7:13-cv-00212 | |
| § | Jury Requested | |
| § | | |
| **ROSENDO "CHENO" BENAVIDES,** § | | |
| **INDIVIDUALLY AND IN HIS** § | | |
| **OFFICIAL CAPACITY AS MAYOR OF** § | | |
| **SULLIVAN CITY AND SULLIVAN CITY,** § | | |
| **Defendants** § | | |

**CERTIFICATE OF INTERESTED PARTIES FOR
PLAINTIFF GERARDO N. FLORES**

**TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:**

Pursuant to the Order for Conference and Disclosure of Interested Parties, **Plaintiff, Gerardo N. Flores,** hereby lists the following persons as those whom it has reason to believe has or may have financial interest in the outcome of this civil action:

1. Plaintiff, **Gerardo N. Flores,** is represented by Carlos E. Hernandez, Jr., The Law Offices of Carlos E. Hernandez, Jr., P.C., 200 E. Cano St., Edinburg, Texas  78539-4510.

2. Counsel for Plaintiff, **Carlos E. Hernandez, Jr.,** The Law Offices of Carlos E. Hernandez, Jr., P.C., 200 E. Cano St., Edinburg, Texas 78539-4510.

3. Defendant, **Rosendo "Cheno" Benavides,** individually and in his official capacity as Mayor of Sullivan City and represented by Francisco J. Zabarte, Aguilar ☆ Zabarte, LLC, 990 Marine Drive, Brownsville, Texas 78520.

4. Defendant **Sullivan City**, Texas is a political subdivision in the State of Texas and represented by Francisco J. Zabarte, Aguilar ☆ Zabarte, LLC, 990 Marine Drive, Brownsville, Texas 78520.

5. **Texas Municipal League Intergovernmental League Risk Pool,** provides insurance coverage for Defendant **Rosendo "Cheno" Benavides,** individually and in his official capacity as Mayor of Sullivan and Defendant Sullivan City.

Respectfully submitted,

By: /s/carlos e. hernandez, jr.
　　Carlos E. Hernandez, Jr., Lead Counsel
　　So. Dist. I.D. No. 17022
　　Texas Bar No. 00787681
　　email:carlos.hernandezjr@gmail.com
　　(956) 386-0900 - Direct line

**ATTORNEY- IN-CHARGE FOR
PLAINTIFF GERARDO N. FLORES**

**OF COUNSEL:**

**THE LAW OFFICES OF CARLOS E. HERNANDEZ, JR., P.C.**
200 E. Cano St.
Edinburg, Texas 78539-4510
Telephone: (956) 386-0900
Telefax: (956) 380-0771

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing instrument has been sent via ELECTRONIC SERVICE to counsel listed below on June 24, 2013.

**Via Electronic Notice**
Francisco J. Zabarte
Aguilar ☆ Zabarte, LLC
990 Marine Drive
Brownsville, Texas 78520

/s/carlos e. hernandez, jr./
Carlos E. Hernandez, Jr.